**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 4:14CR00147-05 JLH | |
| JOSE REFUGIO AGUIRRE-GARCIA | | DEFENDANT |

**ORDER**

Pending before the Court is defendant Jose Refugio Aguirre-Garcia's Motion to Continue Suppression Hearing and for Extension of Time to File a Reply. Good cause having been shown, the motion is GRANTED. Document #222.

The hearing on defendant's motion to suppress evidence previously scheduled for August 19, 2015, is hereby CANCELLED. Document #213. Counsel are to promptly notify the Court upon resolution of this matter so that the appropriate hearing may be scheduled. In the event that the hearing on the motion to suppress needs to be reset, the deadline for defendant to file his reply will be seven (7) days from the date the Court is notified that such hearing will be needed.

IT IS SO ORDERED this 30th day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE